DANNING JIANG, ESQ. (CA #196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, CA 95113
Telephone:  408.299.0800
Facsimile:   408.299.0300
E-mail: *Djiang@jianglawgroup.com*

Attorneys for defendant DAVID CO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVARO ALEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID CO DBA MAACO,<br><br>            Defendant. | Case No. CV 10-05186 BZ<br><br>**APPLICATION BY DEFENDANT'S COUNSEL FOR TELEPHONIC APPEARANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date:  March 14, 2011**<br>**Time: 4:00 p.m.** |

TO THE COURT AND COUNSEL FOR PLAINTIFF:

   Defendant's counsel, Danning Jiang, respectfully requests the Court to grant his Application For Telephonic Appearance of the Case Management Conference, set for March 14, 2011, at 4:00 p.m., in Courtroom G, before Hon. Bernard Zimmerman.

   Counsel for both parties filed a Joint Case Management Statement And Rule 26(f) Report on March 3, 2011.

//

//

//

- 1 -

**APPLICATION BY DEFENDANT'S COUNSEL FOR TELEPHONIC APPEARANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

1  DATED: March 9, 2011              LAW OFFICES OF DANNING JIANG

2

3                                    /s/ DANNING JIANG
                                     Danning Jiang (CA #196985)
4                                    Attorney for Defendant

5

6

7

8      **IT IS SO ORDERED.**

9  Counsel shall contact **CourtCall,** telephonic court appearances
   at **1-888-882-6878,** and make arrangements for the telephonic
10 conference call.

11

12
   DATED: March 10, 2011         By: _____
13                                    HON. BERNARD ZIMMERMAN
                                     United States District Court Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -2-
**APPLICATION BY DEFENDANT'S COUNSEL FOR TELEPHONIC APPEARANCE OF CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER**

# PROOF OF SERVICE

*Aleman v. David Co dba MACCO*
U.S. DISTRICT COURT - SAN FRANCISCO CASE No. CV 10-05186 BZ

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On March 9, 2011, I served the following document(s):

**APPLICATION BY DEFENDANT'S COUNSEL FOR TELEPHONIC APPEARANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Tomas E. Margain, Esq.
Dal Bon & Margain, APC
28 North First Street, Suite 210
San Jose, CA 95113
E-mail:  margainlaw@hotmail.com
Fax:     408-297-4728

**(X)**    **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**    **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**(X)**    **[E-MAIL SERVICE]** I caused to be delivered by e-mail the above-referenced document(s) to the above-named person(s).

**( )**    **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on March 9, 2011, in San Jose, California.

I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

/s/ Danning Jiang
DANNING JIANG

-3-

APPLICATION BY DEFENDANT'S COUNSEL FOR TELEPHONIC APPEARANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER