TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
marginlaw@hotmail.com

Attorneys for Plaintiff

Danning Jiang, Esq. (CA BAR No. 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: Djiang@jianglawgroup.com

Attorneys for defendant DAVID CO

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

ALVARO ALEMAN

Plaintiff

v.

DAVID CO DBA MAACO;

Defendants

Case No.: C 10-05186 BZ

**STIPULATION TO DISMISS WITHOUT PREJUDICE SO THAT THE MATTER CAN BE RE-FILED IN ALAMEDA COUNTY SUPERIOR COURT**

**THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD STIPULATE AS FOLLOWS:**

1. The matter will be transferred to the Alameda County Superior Court.

2. To simplify the process, counsel will stipulate that so long as the case is

filed within 14 days of the Order dismissing the case, the date for the running of any statute of limitations as to Defendants will be on the Day the Complaint and Amended Complaint were filed in this matter.

**IT IS SO STIPULATED**

**FOR PLAINTIFF** **DAL BON & MARGAIN**

DATED: 5/9/2011 By: ______________________
**Tomas E. Margain**

DATED: 05/05/2011 **LAW OFFICES OF DANNING JIANG**

______________________
DANNING JIANG, Esq.
Attorneys for defendant DAVID CO

**ORDER**

BASED ON THE STIPULATION BY PARTIES THROUGH COUNSEL, AND GOOD CAUSE, the Court hereby dismisses this case without prejudice. Any defenses of statue of limitation will be tolled when Defendants were first named in this action so long as the case is re-filed within 14 days of this Order.

IT IS SO ORDERED.

DATED: 10 May '11 By: ______________________
Hon. BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE